U.S. District Court
Middle District of Florida
Orlando Division

## GOVERNMENT EXHIBIT

Exhibit No.: **3**

Case No.: 6:24-mj-2118-DCI

UNITED STATES OF AMERICA

vs.

MICHAEL SCHEUER

Date Identified: 11/5/24

Date Admitted: 11/5/24

Michael Scheuer,

**I know that calling 4402134947 or visiting 6143 Cypress Hill Rd. would be a better way to reach you in case you don't take action. Don't even try to escape from this. You've no idea what I'm capable of in Winter Garden.**

I suggest you read this message carefully. Take a moment to chill, breathe, and analyze it thoroughly. 'Cause we're about to discuss a deal between you and me, and I ain't playing games. You don't know me but I know you very well and you must be thinking how, right?

Well, you've been a bit careless lately, clicking through those girlie videos and clicking on links, stumbling upon some not-so-safe sites. I placed a Malware on a porn website and you accessed it to watch(you know what I mean). While you were busy watching videos, your device initiated working as a RDP (Remote Device) which allowed me complete control over your device. I can peep at everything on your display, switch on your camera and mic, and you wouldn't have a clue. Oh, and I have got access to all your emails, contacts, and social media accounts too.

Been keeping tabs on your pathetic existence for a while now. It's just your hard luck that I saw your bad deeds. I gave in more time than I probably should've looking into your life. Extracted quite a bit of juicy info from your system. and I've seen it all. Yeah, Yeah, I've got footage of you doing embarrassing things in your house (nice setup, by the way). I then developed videos and screenshots where on one side of the screen, there's whatever garbage you were playing, and on the other half, its your vacant face. With just a click, I can send this filth to all of your contacts.

Your confusion is clear, but don't expect sympathy. As a family man, I'm ready to wipe the slate clean, and allow you to move on with your regular life and forget you ever existed. I am going to provide you two alternatives.
First Alternative is to turn a deaf ear this email message. You should know what is going to happen if you choose this option. I will send your video to all your contacts. The video is straight fire, and I can't even fathom the embarrasement you'll endure when your colleagues, friends, and fam watch it. But hey, that's life, ain't it? Don't be playing the victim here.

Second option is to pay me, and be confidential about it. We will name this my "privacy charges". let me tell you what will happen if you choose this path. Your filthy secret remains private. I'll wipe everything clean once you come through with the payment. You'll send the payment via Bitcoins only. Pay attention, I'm telling you straight: 'We gotta make a deal'. I want you to know I'm coming at you with good intentions. I will keep my end of the bargain.

**Amount to be sent:** USD 2000
**BTC ADDRESS:** 12bewTHjveAsPKoL3yfEsx6iXFrWG7Uxa1

Once you pay up, you'll sleep like a baby. I keep my word.

Notice: You got one day to sort this out and I will only accept Bitcoins (I've a special pixel in this e mail, and at this moment I know that you have read through this message). My system will catch that Bitcoin payment and wipe out all the dirt I got on you. Don't even think about replying to this or negotiating, it's pointless. The email and wallet are custom-made for you, untraceable. If I suspect that you've shared or discussed this mail with someone else, your video will instantly start getting sent to your contacts. And don't even think about turning off your phone or resetting it to factory

settings. It's pointless. I don't make mistakes, Michael.

Nice locality btw



Honestly, those online tips about covering your camera aren't as useless as they seem. I am waiting for my payment..