**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.                                                                       **CASE NO: 6:24-mj-2118-DCI**

**MICHAEL SCHEUER**

## ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the defendant to be detained pending further proceedings.

> No condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

> This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court.

### DIRECTIONS REGARDING DETENTION

Michael Scheuer is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Michael Scheuer shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:  November 5, 2024

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE