**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
Sentencing Hearing

Case Number: 6:25-cr-5-JSS-DCI

| **UNITED STATES OF AMERICA** | | **Government's Counsel:** | Robert Sowell |
| --- | --- | --- | --- |
| **Plaintiff,** | | | |
| v. | | | |
| **Michael Scheuer** | | **Defense Counsel:** | David Haas |
| **Defendant.** | | | |

| Judge: | Julie S. Sneed | Court Reporter: | Karla Hyland hylandtranscripts@outlook.com |
| --- | --- | --- | --- |
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | April 23, 2025 | Time: | 1:59 PM – 4:01 PM TOTAL: 2 hours, 2 minutes |

Case called. Appearances taken. Defendant sworn.

Defendant is adjudged guilty to Counts One and Two of the Information.

**IMPRISONMENT:** 36 months. This term consists of a 12 month term as to Count 1 and a 24 month term as to Count 2, Count 2 to run consecutively to Count 1.

The court makes the following recommendations to the Bureau of Prisons:
1. Confinement at a facility as close to central Florida as possible
2. Mental health treatment
3. Drug and alcohol treatment

**SUPERVISED RELEASE:** 3 years. This term consists of a 3 year term as to Count 1 and a 1 year term as to Count 2, all such terms to run concurrently.

The mandatory drug testing requirements are imposed.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**
- Drug Aftercare

- 2 -

- Mental Health Treatment
- Collection of DNA
- No contact, direct or indirect, with any identified victims (Company A, Company B, DP, DPR, AG, DH, TS, MB, JV, PW, PT, AM, CS, JK, GH, MS, and SP).

**FORFEITURE:** Defendant shall forfeit to the United States those assets previously identified in the Plea Agreement and Order of Forfeiture, that are subject to forfeiture.

**RESTITUTION:** $687,776.50

**FINE:** Waived

**SPECIAL ASSESSMENT:** $200.00

Plea Agreement is accepted.

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.

Witnesses:
Michael Collins (sworn)
Allison Scheuer (sworn)
D.P. (sworn)